

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00859-CV

**IN THE INTEREST OF L.R.L.**, a Child

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 21-04-00043-CVL
Honorable Melissa Uram-Degerolami, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED, and appointed counsel's motion to withdraw is DENIED.

It is ORDERED that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED April 19, 2023.

_____
Beth Watkins, Justice